B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JMA Logistics, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba HK Transportation Services, Inc.**<br>**HK Trucking** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **95-4868953** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1515 W. 178th Street**<br>**Gardena, CA**<br>ZIPCODE **90248** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **JMA Logistics, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br> Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **JMA Logistics, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X _____ <br>Signature of Debtor <br><br>X _____ <br>Signature of Joint Debtor <br><br>_____ <br>Telephone Number (If not represented by attorney) <br><br>_____ <br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br>(Check only **one** box.) <br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br>X _____ <br>Signature of Foreign Representative <br><br>_____ <br>Printed Name of Foreign Representative <br><br>_____ <br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ James R. Selth* <br>Signature of Attorney for Debtor(s) <br><br>**James R. Selth 123420** <br>**Weintraub & Selth, APC** <br>**11766 Wilshire Blvd., Suite 1170** <br>**Los Angeles, CA  90025** <br>**(310) 207-1494  Fax: (310) 442-0660** <br><br><br><br>**September 18, 2010** <br>Date <br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br>_____ <br>Printed Name and title, if any,  of Bankruptcy Petition Preparer <br><br>_____ <br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br>_____ <br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____ <br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br>_____ <br>Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X */s/ Jorge Roque* <br>Signature of Authorized Individual <br><br>**Jorge Roque** <br>Printed Name of Authorized Individual <br><br>**President** <br>Title of Authorized Individual <br><br>**September 18, 2010** <br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| James R. Selth 123420<br>Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025<br>Tele: (310) 207-1494  Fax: (310) 442-0660<br>☑ Attorney for | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re<br>JMA Logistics, Inc.<br><br>                                    Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☑ Petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: _____                                               Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____                           9-18-10
Signature of Authorized Signatory of Filing Party           Date

**Jorge Roque**
Printed Name of Authorized Signatory of Filing Party

**President**
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____                           9-18-10
Signature of Attorney for Filing Party                       Date

**James R. Selth**
Printed Name of Attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

November 2006

# CERTIFICATE OF RESOLUTIONS

# OF THE BOARD OF DIRECTORS OF

# JMA LOGISTICS, INC.

The undersigned, being the President of JMA LOGISTICS, INC., does hereby certify that the following resolutions were adopted at a meeting of the Board of Directors:

RESOLVED that Jorge Roque is authorized to execute and file or cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of JMA Logistics, Inc.

RESOLVED that the filing of a Chapter 11 case on behalf of JMA Logistics, Inc., is in the best interests of the corporation, its shareholders and creditors.

RESOLVED that WEINTRAUB & SELTH, APC is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Jorge Roque is the party designated to act on behalf of the corporation in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court and at the 341 (a) Meeting of Creditors as necessary.

Dated: September 17, 2010          _____
                                     Jorge Roque

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles, California.          /s/ Jorge Roque, President
Dated: September 18, 2010                     *Debtor*

_____
*Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                           **F 1015-2.1**

**United States Bankruptcy Court**
**Central District of California**

IN RE:  Case No. _____

**JMA Logistics, Inc.**  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| U.S. Small Business Administration<br>2719 N. Air Fresno Drive, Ste. 107<br>Fresno, CA 93727 | | Bank loan | | 1,783,354.84<br>Collateral:<br>5,000,000.00<br>Unsecured:<br>1,783,354.84 |
| First Citizens Bank<br>27708 Jefferson Avenue, Ste. 100<br>Temecula, CA 92590 | | Bank loan | | 5,545,000.00<br>Collateral:<br>5,000,000.00<br>Unsecured:<br>545,000.00 |
| Cardlock Fuel Systems, Inc.<br>P.O. Box 7003<br>Lancaster, CA 93539 | Gary Hickman, Esq.<br>1800 W. Katella Avenue, Ste. 101<br>Orange, CA 92867 | | | 178,283.83 |
| Sams Real Estate Business Trust<br>C/O Nicholas Firetag, Esq<br>3750 University Avenue, Suite 250<br>Riverside, CA 92501 | | Trade debt | | 75,031.00 |
| Pro Buy Equities Corp<br>Dba Primary Funding Group<br>9393 Wilshire Blvd<br>Beverly Hills, CA 90210 | Elan Darvish, Esq.<br>433 N. Camden Drive, Ste. 400<br>Beverly Hills, CA 90210 | Commission | Disputed | 68,487.00 |
| All Action Security & Consulting Grp<br>8233 White Oak Ave.<br>Reseda, CA 91335 | Sidney Franklin, Esq.<br>13333 Ventura Blvd., Ste. 206<br>Sherman Oaks, CA 91423 | Trade debt | | 55,305.50 |
| Aicco, Inc.<br>C/O Lerner & Weiss<br>21550 Oxnard Street, Suite 1060<br>Woodland Hills, CA 91367 | | Trade debt | | 38,000.00 |
| Alphera Financial Services<br>Vital Recovery Services, Inc.<br>P.O. Box 923748<br>Norcross, GA 30010 | | Trade debt | | 31,848.68 |
| GCR Tire Centers<br>14830 Carmenita Road<br>Norwalk, CA 90650 | | Trade debt | | 19,396.75 |
| James Stevens & Daniels<br>1283 College Park Drive<br>Dover, DE 19904 | Ken Alan<br>(302) 735-4628 | Trade debt | | 19,396.75 |
| ADT Security Services<br>14200 E. Exposition Avenue<br>Aurora, CO 80012 | | Trade debt | | 17,426.70 |
| Tri-County Medical Group, Inc.<br>1200 Willshire Blvd., Suite 308<br>Los Angeles, CA 90017 | | Trade debt | | 11,494.75 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| **Vortex Industries, Inc.**<br>**3198-M Airport Loop**<br>**Costa Mesa, CA  92626** | | **9,921.04** |
| **Granite State Insurance Co.**<br>**C/O Networked Insurance Agents**<br>**988 McCourtney Road, Ste. B**<br>**Grass Valley, CA  95949** | **Trade debt** | **9,890.00** |
| **Buena Vista Medical Services**<br>**23679 Calabasas Road, Ste. 800**<br>**Calabasas, CA  91302** | **Trade debt** | **9,474.75** |
| **Universal Psychiatric Med. Center**<br>**3250 Wilshire Blvd., Ste. 930**<br>**Los Angeles, CA  90010** | **Trade debt** | **7,824.00** |
| **Gardena Battery**<br>**132 E. Alondra Blvd.**<br>**Gardena, CA  90248** | **Trade debt** | **7,357.68** |
| **Better Sleeping Med. Center**<br>**P.O. Box 3252**<br>**Cypress, CA  90630** | **Trade debt** | **6,353.00** |
| **Drilling & Trenching Supply, Inc.**<br>**1940 Fairway Drive, Unit J**<br>**San Leandro, CA  94577** | **Trade debt** | **6,000.00** |
| **Q.W. Express**<br>**1000 Remington Blvd, Ste. 300**<br>**Bolingbrook, IL  60440** | **Trade debt** | **5,541.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **September 18, 2010**    Signature: */s/ Jorge Roque*

**Jorge Roque, President**
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

**IN RE:**                                                                                                Case No. _____

**JMA Logistics, Inc.**_____    Chapter **11**_____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**10** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date: **September 18, 2010**_____    Signature: */s/ Jorge Roque*_____
                                                            **Jorge Roque, President**                                                                Debtor


Date: _____    Signature: _____
                                                                                                                                                Joint Debtor, if any


Date: **September 18, 2010**_____    Signature: */s/ James R. Selth*_____
                                                            **James R. Selth 123420**                                                        Attorney (if applicable)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
JMA Logistics Inc
1515 W 178th Street
Gardena, CA  90248


Weintraub & Selth APC
11766 Wilshire Blvd Suite 1170
Los Angeles, CA  90025
```

A-1 Express Delivery Service-
4520 Maywood Avenue
Vernon, CA  90058


ADT Security Services
14200 E Exposition Avenue
Aurora, CO  80012


Advance Care Specialists Med Clinic
2690 Pacific Avenue #330
Long Beach, CA  90806


Aicco Inc
C/O Lerner & Weiss
21550 Oxnard Street Suite 1060
Woodland Hills, CA  91367


All Action Security & Consulting Grp
8233 White Oak Ave
Reseda, CA  91335


Allen Fonseca MD
3711 Long Beach Blvd Ste 200
Long Beach, CA  90807


Alliance Air Freight & Logistics
9822 Glenoaks
Sun Valley, CA  91352


Alliance Traffic Group
2440 Gold River Dr Suite 260
Gold River, CA  95670

Alphera Financial Services
Vital Recovery Services Inc
PO Box 923748
Norcross, GA  30010


Amigos Services Transportation Inc
2005 W Walnut Ave
Fullerton, CA  92833


BB's Trucking
21921 Hiawatha Street
Chatsworth, CA  91311


Better Sleeping Med Center
PO Box 3252
Cypress, CA  90630


BMW Bank Of North America
PO Box 78066
Phoenix, AZ  85962


Bran & Son's Transport
5729 Priory Street Suite A
Bell Gardens, CA  90201


Buchalter Nemer
Attn: Daniel F Wheeler
333 Market Street 25th Floor
San Francisco, CA  94105


Buena Vista Medical Services
23679 Calabasas Road Ste 800
Calabasas, CA  91302

```
Built Rite Ind
17232 S Figueroa Street
Gardena, CA   90248


CHBrown Co
PO Box 789
Wheatland, WY   82201


Cal-Con Transportaion Services Inc
PO Box 347
Norwalk, CA   90651


Cardlock Fuel Systems Inc
PO Box 7003
Lancaster, CA   93539


Central Freight Lines Inc
5601 W Waco Drive
Waco, TX   76710


Cintas Corporation
711 Hawaii Street
El Segundo, CA   90245


DAT Truck Lines Inc
PO Box 2617
Guasti, CA   91743


Douglas Industrial Medical Clinic
19301 S Santa Fe Ave Ste 120
Rancho Dominguez, CA   90221


Drilling & Trenching Supply Inc
1940 Fairway Drive Unit J
San Leandro, CA   94577
```

```
DS Waters Of North America
C/O Collection Bureau Of America
25954 Eden Landing Road 1st Fl
Haywood, CA  94540


Elan Darvish Esq
433 N Camden Drive Ste 400
Beverly Hills, CA  90210


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001


Englund Equipment Co
11498 W Buckeye Road
Cashion, AZ  85329


Fast Delivery Express
PO Box 11396
Whittier, CA  90603


Fernando Hernandez
1333 W 159th Street
Gardena, CA  90247


First Citizens Bank
27708 Jefferson Avenue Ste 100
Temecula, CA  92590


First Comp
PO Box 30020
Omaha, NE  68103
```

Gardena Battery
132 E Alondra Blvd
Gardena, CA  90248


Gary Hickman Esq
1800 W Katella Avenue Ste 101
Orange, CA  92867


GCR Tire Centers
14830 Carmenita Road
Norwalk, CA  90650


General Petroleum
PO Box 31001-1235
Pasadena, CA  91110


Glynna Rangel MD
PO Box 3581
La Habra, CA  90632


Granite State Insurance Co
C/O Networked Insurance Agents
988 McCourtney Road Ste B
Grass Valley, CA  95949


Heidelberg Distributing Company
101 W 13th Street
Covington, KY  41011


Internal Revenue Service
222 N Sepulveda
El Segundo, CA  90245


James Stevens & Daniels
1283 College Park Drive
Dover, DE  19904

Jay M Tenenbaum Esq
Seals & Tenenbaum
2323 W Lincoln Ave Ste 127
Anaheim, CA  92801


Leaf Funding
PO Box 644006
Cincinnati, OH  56258


Manuel Linares
1015 E Salt Lake Street
Long Beach, CA  90806


Med-Legal Inc
PO Box 1288
West Covina, CA  91793


Pacific Coast Bankers Bank
Attn: Chris Atteberry
340 Pine Street Suite 401
San Francisco, CA  94104


Pentech Funding Inc
1310 Madrid Street Ste 103
Marshall, MN  56258


Pro Buy Equities Corp
Dba Primary Funding Group
9393 Wilshire Blvd
Beverly Hills, CA  90210


QW Express
1000 Remington Blvd Ste 300
Bolingbrook, IL  60440

Remington Pure
PO Box 800850
Santa Clarita, CA  91380


Ricardo Chavez
10215 Crenshaw Blvd No 4
Inglewood, CA  90303


Rudy Gaba Jr Esq
 Hollins Schecter
1851 E First Street 6th Fl
Santa Ana, CA  92705


SAI Professional Services Inc
8018 E Santa Ana Cyn Rd No 100
Anaheim, CA  92808


Safety Kleen
5360 Legacy Drive Bldg 2 Suite 100
Plano, TX  75024


Sams Real Estate Business Trust
C/O Nicholas Firetag Esq
3750 University Avenue Suite 250
Riverside, CA  92501


Sidney Franklin Esq
13333 Ventura Blvd Ste 206
Sherman Oaks, CA  91423


Southland Security
817 Torrance Blvd Suite 137
Redondo Beach, CA  90277

```
Sprint
PO Box 8077
London, KY  40742


Summit CFS
501 S Airport Blvd
San Francisco, CA  94080


Toyota Financial Services
Commercial Finance Dept 2431
Carol Stream, IL  60132


Transworld Systems Inc
8885 Rio San Diego Drive No 107
San Diego, CA  92108


Tri-County Medical Group Inc
1200 Willshire Blvd Suite 308
Los Angeles, CA  90017


US Small Business Administration
2719 N Air Fresno Drive Ste 107
Fresno, CA  93727


Universal Psychiatric Med Center
3250 Wilshire Blvd Ste 930
Los Angeles, CA  90010


Vortex Industries Inc
3198-M Airport Loop
Costa Mesa, CA  92626


Xpress Delivery
6231 Mclead Suite D
Las Vegas, NV  89120
```

```
Yellow Transportation
PO Box 5901
Topeka, KS  66605


YRC (RDWY)
PO Box 471
Akron, OH  44309
```